# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CASE NO. _____

CHAZZ CHAMBERS,

    Plaintiff,

v.

EQUIFAX INFORMATON
SERVICES LLC, GREATER
FINANCIAL RESOURCES, LLC and
VAL-U CAR OF GAINESVILLE, INC.,

    Defendant.
_____/

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
## NOTICE OF REMOVAL

COMES NOW, Equifax Information Services LLC ("Equifax"), and files this Notice of Removal pursuant to 28 U.S.C. §1446(a) and in support thereof would respectfully show the Court as follows:

### A.  PROCEDURAL BACKGROUND

1. On December 14, 2023, Plaintiff Chazz Chambers ("Plaintiff") filed the Complaint ("Complaint") in this action in the Circuit Court of the Third Judicial Circuit in and for Columbia County, Florida, Case No. **23000623CAAXMX** ("State Court Action"). Plaintiff alleges violations of the Fair Credit Reporting Act

("FCRA"), 15 U.S.C. § 1681, *et seq.*, against Defendants.

2.   Equifax was served with Plaintiff's Summons and Complaint on December 19, 2023. A copy of the State Court Complaint is attached hereto as **Exhibit A**. This Notice of Removal is being filed with the thirty-day (30) time period required by 28 U.S.C. § 1446(b).

B. **GROUNDS FOR REMOVAL**

3.   The present suit is an action over which the United States District Court for the Middle District of Florida, Jacksonville Division, has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States. This civil action may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331 and 1441(a). In the Complaint, Plaintiff seeks damages from Defendants for alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*.

C. **COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

4.   Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the Middle District of Florida, Jacksonville Division, because it is in the district and division embracing the place where the state court action is pending.

5. In accordance with 28 U.S.C. § 1446(a), a copy of all executed process, pleadings asserting causes of action, and orders in the State Court Action served upon Defendant Equifax are attached hereto as **Exhibit B**.

6. Defendant Val-U Car of Gainesville, Inc.'s Notice of Consent to Removal is attached hereto as **Exhibit C**.

7. Defendant Greater Financial Resources, LLC's Notice of Consent to Removal is attached hereto as **Exhibit D**.

8. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Circuit Court of the Third Judicial Circuit in and for Columbia County, Florida, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Equifax respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated:  January 8, 2024      Respectfully submitted,

                SQUIRE PATTON BOGGS (US) LLP

                By: /s/ *Jason Daniel Joffe*
                Jason Daniel Joffe
                Florida Bar No. 0013564
                200 S. Biscayne Blvd., Suite 3400
                Miami, FL 33131
                Telephone: (305) 577-7000
                Facsimile: (305) 577-7001
                Email: jason.joffe@squirepb.com

                *Counsel for Defendant Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing document has been filed via the CM/ECF filing system this January 8, 2024, which will serve an electronic Notice of Filing to all registered users. I further certify that a copy of the foregoing document was provided to the following counsel via email transmission:

Christian E. Cok, Esq.
Seraph Legal PA
2124 W. Kennedy Blvd., Suite A
Tampa FL 33606
Telephone: (813) 567-1230
Email:  ccok@seraphlegal.com

*Counsel for Plaintiff*


Jeffrey R. Dollinger
Scruggs, Carmichael & Wershow, P.A.
4923 NW 43rd Street
Gainesville, FL 32606
Telephone: (352) 376-5242
Facsimile: (352) 375-0690
Email: dollinger@scwlegal.org

*Counsel for Defendants Val-U Car of Gainesville, Inc. and Greater Financial Resources, LLC*


                                        */s/ Jason Daniel Joffe*
                                        Jason Daniel Joffe