# EXHIBIT A

Filing # 188073731 E-Filed 12/14/2023 04:39:58 PM

**IN THE COUNTY COURT OF THE THIRD JUDICIAL CIRCUIT**
**IN AND FOR COLUMBIA COUNTY, FLORIDA**
**CIVIL DIVISION**

**CHAZZ CHAMBERS,**

    *Plaintiff,*

    v.

**EQUIFAX INFORMATION**
**SERVICES, LLC, GREATER**
**FINANCIAL RESOURCES, LLC,** *and*
**VAL-U CAR OF GAINESVILLE, INC.,**

    *Defendants.*

Case Number: 23-623-CA

**JURY TRIAL DEMANDED**

**COMPLAINT AND DEMAND FOR JURY TRIAL**

    **COMES NOW** the Plaintiff, **Chazz Chambers** ("**Mr. Chambers**"), by and through his attorneys, Seraph Legal, P.A., and complains of the Defendants, **Equifax Information Services, LLC ("Equifax"), Greater Financial Resources, LLC ("GFR")**, and **Val-U Car of Gainesville, Inc. ("Val-U")** (jointly, "the Defendants"), stating as follows:

**PRELIMINARY STATEMENT**

    1.    This is an action for damages exceeding $50,000, brought by Mr. Chambers against Equifax and GFR for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et. seq.* ("**FCRA**"), against GFR and Val-U for violations of the Florida Consumer Collection Practices Act, Section 559.55, Florida Statutes, *et. seq.* ("**FCCPA**"), and against GFR for violations of the Installment Sales Finance Act, § 520.50, Fla. Stat., et seq.

**JURISDICTION AND VENUE**

    2.    Subject matter jurisdiction for Plaintiff's claims arises under the FCRA, 15 U.S.C. § 1681p, the FCCPA, Fla. Stat. § 559.77, and Fla. Stat. § 34.01.

3.     The Defendants are subject to the provisions of the FCRA and/or the FCCPA and/ or the Installment Sales Finance Act and are subject to the jurisdiction of this Court pursuant to Fla. Stat. § 48.193.

4.     Venue is proper in Columbia County pursuant to Fla. Stat. § 47.051 because the acts complained of were committed and / or caused by the Defendants therein.

## PARTIES

5.     **Mr. Chambers** is an individual, natural person residing in Lake City, Columbia County, Florida.

6.     Mr. Chambers is a *consumer* as defined by the FCRA, 15 U.S.C. § 1681a(c), and the FCCPA, Fla. Stat. § 559.55(8).

7.     **Equifax** is a Georgia limited liability company, with a principal business address of 1550 Peachtree Street NW, H-46, Atlanta, GA 30309.

8.     Equifax is registered to conduct business in the State of Florida, where its registered agent is Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.

9.     Equifax is a nationwide Consumer Reporting Agency ("CRA") within the meaning of the FCRA, 15 U.S.C. § 1681a(f), in that it, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and uses various means of interstate commerce for the purpose of preparing or furnishing consumer reports, specifically including mail and telephone communications.

10.    **GFR** is a Florida limited liability company, with a principal business address of 3535 N Main St., Gainesville, Florida 32609.

11.    GFR's registered agent is Paul Futch. 3535 Main St., Gainesville, Florida 32609.

12.    **Val-U** is a Florida corporation, with a principal business address of 3535 N. Main St., Gainesville, Florida 32609.

13.    Val-U's registered agent is Paul Futch, 3535 Main St., Gainesville, Florida 32609.

## FACTUAL ALLEGATIONS

14.    Around September 5, 2020, Mr. Chambers purchased a used 2012 Chevy Silverado (the "Truck"), from Val-U Cars of Gainesville, a company headquartered in Gainesville, Florida.

15.    Mr. Chambers purchased the Truck by making a cash down payment and financing the rest with a loan originated by Val-U.

16.    Almost immediately after origination, Val-U Cars assigned the loan to GFR, a related entity and the in-house financing arm for customers of Val-U.

17.    Mr. Chambers' loan was in the principal amount of $17,958.00 and was used to finance the Truck; the debt was a "consumer debt" as defined by the FCCPA in that the Truck was used by Plaintiff primarily for family, personal, or household purposes, and therefore the debt meets the definitions of *Debt* under the FCCPA, § 559.55(6), Fla. Stat.

18.    The loan agreement called for the balance to be paid in 42 monthly installments at an interest rate exceeding 20% annually.

19.    Mr. Chambers' Retail Installment Sales Contract included a provision allowing assignment of the loan, loan servicing and ownership rights to GFR, who was assigned the account upon execution of the contract.

20.    This is consistent with Val-U's business model, as Val-U always, or nearly always, sells or otherwise transfers the rights to its loans to its related entity, GFR.

21.    GFR then collects monthly payments, interest, and other fees, and makes collection phone calls, sends collection e-mails and text messages, and reports the payment history to various consumer credit reporting agencies ("**CRAs**") including defendant Equifax.

22.    GFR is a "Sales Finance Company" as defined by Fla. Stat. 520.02(19).[1]

23.    Val-U obtained a Sales Finance Company license from the Florida Office of Financial Regulation, license number SF9901314, on January 3, 2023; on its license, it lists "Greater Financial Resources" as a name it does business as. *See* **PLAINTIFF'S EXHIBIT A.**

24.    GFR does not have a Sales Finance Company license from the Florida Office of Financial Regulation, as it is only listed as a d/b/a for Val-U. *Id.*

25.    Since Val-U assessed an interest rate over 18% when originating the loan in September 2020, and immediately transferred the loan to GFR, who lacked a valid Sales Finance Company license, which would have allowed it to legally charge such a rate, pursuant to Fla. Stat. § 520.57(2), Mr. Chambers is entitled to recover the interest and fees assessed on the loan for the automobile, as well as his attorney fees and costs.

26.    Additionally, interest rates over 18% are considered "unlawful rates of interest" and "usury" pursuant to Fla. Stat. 687.03(1) and 687.02(1).

27.    Willful violation of Fla. Stat. 687.03(1) results in the lender forfeiting the right to collect *any interest whatsoever*. *See* Fla. Stat. § 687.04.

28.    GFR willfully charged interest rates over 18% despite having no legal ability to do so, and, as explained further below in more detail, engaged in a host of deceptive, misleading and unfair trade practices.

---

[1] A Sales Finance Company is a person engaged in the business of purchasing retail installment contracts from one or more sellers.

29.    Unable to continue to make the payments on the Loan for the Truck, Mr. Chambers voluntarily surrendered the vehicle in March of 2021.

30.    After receiving the Truck back from Mr. Chambers, GFR was required to sell the car in a commercially reasonable manner. *See* Fla. Stat. § 679.610(2)

31.    GFR reported a balance of $27,384.00 owed after the Truck was returned and that as of September 2023, $27,384 was owed on what was, 36 months prior, a loan of $17,958; the $27,384 included a deduction for the return and sale of the 2012 Chevy Silverado. **SEE PLAINTIFF'S EXHIBIT B.**

32.    The value of a 2012 Chevy Silverado, in similar condition to the one financed by Mr. Chambers was, as of November 12, 2023, $16,142.00. **SEE PLAINTIFF'S EXHIBIT C.**

33.    The value of the Truck 20 months prior would have been roughly $17,000.

34.    After repossessing the Truck from Mr. Chambers, GFR was required to sell the Truck in a commercially reasonable manner and credit Mr. Chambers with the sale price. *See* Fla. Stat. § 670.610(2).

35.    However, GFR did not attempt to dispose of the vehicle by taking it to a public auction.

36.    Data reported by Val-U indicates GFR sold the car back to Val-U, crediting Mr. Chambers a total of $1,065, or roughly 6.5% of the fair market value of the collateral.

37.    No reasonable, commercially-used price guide (e.g., Kelly Blue Book) would have indicated fair market value was anything even remotely approaching $1,065.

38.    GFR had no basis to believe $1,065 represented fair value for the 2012 Chevy Silverado, which, on information and belief, Val-U then listed for sale on its lot for over $15,000.

39.    Val-U and GFR share the same mailing address, principal address, President, Secretary, Treasurer, and Registered Agent. **SEE PLAINTIFF'S EXHIBIT D.**

40.    Thus, when GFR "sells" an automobile back to Val-U, it is essentially selling the automobile to itself.

41.    This enables Val-U to re-sell the automobile at a significant mark up from the amount credited to the consumer.

42.    Selling the Truck to Val-U, privately, is commercially reasonable "only if the collateral is of a kind that is customarily sold on a recognized market or the subject of widely distributed standard price quotations." Fla. Stat. § 679.610(3)(b).

43.    "Widely distributed standard price quotations" includes guidebooks like the Kelly Blue Book, or VINCHECK.info, nationally recognized standards of car prices.

44.    GFR's sale of the Truck to its alter-ego, Val-U, for a fraction of the book value was not commercially reasonable.

45.    GFR then claimed a deficiency balance of $16698 was owned by Mr. Chamber (the "Debt").

46.    As of November 2023, GFR reported the Debt had a payment status of "Charged Off," with a balance of $16,698 that was reported in 15 of the last 24 months. **SEE PLAINTIFF'S EXHIBIT E.**

47.    The Debt arose from the purchase of a vehicle for personal use and therefore meets the definition of "debt" found within the FCCPA, Fla. Stat. § 559.55(6).

48.    By selling the automobile privately, between two related companies, the owners of Val-U and GFR were able to double-dip – profiting once from the resale of the automobile, and,

at least potentially, a second time again by collecting a non-existent "deficiency balance" from the prior purchaser.

49.    Such tactics are commonplace, as a car dealer with a set-up very similar to Val-U and GFR in Sacramento, California sold, re-possessed, and re-sold the same used Oldsmobile Intrigue eight times in three years, seeking huge deficiency balances from all eight purchasers. *Dealers' Repeat Sales of Same Used Car Surprisingly Common,* Los Angeles Times, August 15, 2012.

50.    At least 862 licensed dealers in California – virtually all of them subprime car lots, like Val-U – sold the same car at least three times in a four-year period, according to an analysis by the *Times.*

51.    The process of repeatedly selling the same used car, like Val-U's repeated sale of the 2012 Chevy Silverado, is referred to in the industry as "churning."

52.    Churning occurs regularly in Florida; public records show lawsuits filed against a number of car lots catering to subprime customers which churn cars, sometimes crediting the prior consumer less than 10% of fair value and credit-reporting large, illegitimate deficiency balances. See, e.g., *Jason Chase vs. MidFlorida Financing, LLC,* case 8:22cv00049, M.D. Fla., January 6, 2022 (car lot crediting less than 10% of fair value on repossessed car, selling to related entity, then re-selling on its own lot for more than 15-times the value credited).

53.    Following the return of Mr. Chambers' Truck, GFR reported to Equifax, one of "the Big 3" CRAs, that $16,698 was owed by Mr. Chambers.

54.    GFR's reports of the Debt to Equifax was an attempt to collect on the Debt.

55.    GFR's actions were willful, intentional, and done with malice and part of a larger scheme to report information to a CRA it knew was inaccurate in order to hold Mr. Chamber's

credit report hostage to collect a large, bogus "deficiency" balance on a car it had already re-sold at a profit.

56.     "Malice can be established by evidence showing the defendant made a false statement 'with knowledge that it was false or with reckless disregard of whether it was false or not.'" *Long v. Pendrick Capital Partners II, LLC*, Case No.: GJH-17-1955 (D. Md. Mar. 18, 2019) (quoting *New York Times v. Sullivan*, 376 U.S. 254, 270-80 (1964)).

57.     Further, on information and belief, GFR has made attempts to collect the purported $16,698 balance from Mr. Chambers within the last 24 months.

58.     Around October 2023, Mr. Chambers applied for a home loan, hoping to become a first-time home buyer and qualify for the related incentives.

59.     Mr. Chamber's lender obtained copies of his credit reports, including one from Equifax which showed a purported unpaid $16,698 debt reported by GFR.

60.     Mr. Chambers' lender noticed a balance of over $27,000 was reporting on a three-year-old car loan with an original balance under $17,000; it then had Credit Technology, a re-seller of credit reports, call GFR in October 2023 and document if GFR actually meant to report the data it did.

61.     Credit Technology performed a "credit supplement," in which it called GFR and spoke to a representative identifying himself as "Marvin." **SEE PLAINTIFF'S EXHIBIT B.**

62.     Credit Technology asked Marvin if the $27,384 balance required any modification or deletion; Marvin responded no change was required as the data was accurate. *Id.*

63.     Credit Technology then added a supplement stating "VERIFIED BY MARVIN AT 833-793-4205" and provided Mr. Chamber's lender with the updated report. *Id.*

64.     Shortly thereafter, Mr. Chambers disputed the accuracy of GFR's tradeline to Equifax.

65.     Equifax's dispute resolution systems are almost completely automated.

66.     Equifax's automated systems initiated an *Automated Consumer Dispute Verification* Request ("**ACDV**") which was delivered to GFR through a system known as e-OSCAR.

67.     On information and belief, GFR failed to respond to the ACDV within the deadline provided to it by Equifax.

68.     GFR thus failed to make a reasonable investigation into the dispute because it made *no investigation at all.*

69.     Equifax, rather than delete the GFR tradeline since it could not be reasonable verified, utilized an automated process to *attempt* to update information on its own.

70.     Equifax's automated systems are almost comically flawed and frequently produce absurd, non-sensical results.

71.     In the case of Mr. Chamber's dispute, Equifax's automated system updated the past-due balance to $0, and the current balance to $0. **SEE PLAINTIFF'S EXHIBIT E.**

72.     Yet, simultaneously, Equifax reported "There may be a balance due" and that there was "A Temporary Update Freeze on File," although Equifax offered no explanation of what this phrase means or refers to. *Id.*

73.     Equifax's automated systems also inserted information ***not actually reported*** by GFR—including a balance of $16,698 reported in October 2023, August 2023, May 2023, and January 2023. *Id.*

74.     Equifax's dispute results to Mr. Chambers stated, in part:

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;
- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and
- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

75.     Mr. Chambers did not allege he owed $16,698 as of October 2023, and claimed the exact opposite; as aforementioned, GFR failed to respond to the ACDV.

76.     Since Equifax could not possibly have updated information based on Mr. Chamber's provided data, and it did not get any new data from GFR, the only logical conclusion is that Equifax's own systems erroneously inserted the data.

77.     This phenomenon is not unique to Mr. Chambers; Equifax's dispute-response systems have been plagued by these errors for years, resulting in, amongst other things:

- information from a long-closed car financing company whose owner was in federal prison being automatically updated as current (*Lisa Lee vs. Equifax Information Services*, case 6:2016cv01044, M.D. Fla., June 15, 2016)

- information from a sole proprietor car dealer whose business was closed three years in the past due to his death being automatically updated by Equifax to show current *(Chasity Steele vs. Equifax Information Services*, case 2016SC004381AX, Manatee County, December 2016)

- Information from a car dealer out of business more than 4 years, whose car lot is now a marijuana dispensary, being automatically updated as current despite past-due amount reported exceeding total balance owed, a mathematical impossibility

(*Todd Blais vs. Advantage Credit and Equifax Information Services*, case 8:2023cv02575, M.D. Fla., November 10, 2023).

78.   In sum, Equifax's reinvestigation into Mr. Chambers' dispute was unreasonable, as no reasonable investigation would have inserted information not actually reported by the data furnisher; likewise, it could not conclude a balance of $0 was accurate while simultaneously stating "There may be a balance due" as these facts directly – and obviously—contradict each other.

79.   Mr. Chambers has suffered economic and non-economic damages and has likewise had to spend time and resources to find and procure counsel.

80.   Mr. Chambers has hired the aforementioned law firm to represent him in this matter and has assigned his right to collect fees and costs to the firm.

**COUNT I**
**VIOLATIONS OF THE FCCPA**
**GFR and Val-U only**

81.   Mr. Chambers adopts and incorporates paragraphs 1 – 80 as if fully restated herein.

82.   GFR and Val-U violated **Section 559.72(9), Florida Statutes**, when it attempted to enforce a debt against Mr. Chambers which it knew or should have known was not legitimate, as the purported $16,698 balance was a complete fabrication resulting from intentional and systemic policies put in place to "double dip" and attempt to collect wildly-inflated deficiency balances on cars it re-sold via Val-U for amounts equal to, or greater than, the amount owed.

83.   GFR and Val-U enforced the debt though collection communications, credit reporting, and communications to Mr. Chamber's lender vis-à-vis Credit Technologies.

84.   According to Val-U's own filings with the Florida Office of Financial Regulation, it conducts business as GFR.

85.     Thus, both Val-U and GFR and jointly and severally liable for violations of the FCCPA.

86.     The actions of GFR and Val-U were willful, intentional, done with malice, and done with the intention of harming Mr. Chambers' credit report in an attempt to hold his credit reports and scores hostage, to increase the pressure on him to pay a debt he legally did not owe.

**WHEREFORE,** Mr. Chambers respectfully requests this Honorable Court enter judgment against GFR for:

a.      Statutory damages of $1000.00 pursuant to Section 559.77(2), Fla. Stat.

b.      Actual damages pursuant to Section 559.77(2), Fla. Stat.

c.      Injunctive relief preventing GFR from attempting to collect the Debt from Mr. Chambers pursuant to 559.77(2), Fla. Stat.;

d.      Reasonable costs and attorneys' fess pursuant to Section 559.77(2), Fla. Stat.; and

e.      Such other relief that this Court deems just and proper.

### COUNT II
### VIOLATIONS OF THE FCRA 15 U.S.C. § 1681s-2(b)
### GFR only

87.     Mr. Chambers adopts and incorporates paragraphs 1 – 80 as if fully restated herein.

88.     GFR violated 15 U.S.C. § 1681s-2(b) when it failed to make a reasonable reinvestigation after receiving notice of a dispute from a CRA, Equifax. GFR failed to make any investigation whatsoever, which is inherently unreasonable.

89.     GFR's actions were willful and intentional, or in the alternative, were done with reckless disregard from Mr. Chambers' rights under the FCRA.

90.     GFR's intentional conduct warrants an award of punitive damages.

91.     Alternatively, GFR's actions were negligent, and Mr. Chambers is entitled to recover 15 U.S.C. § 1681o.

**WHEREFORE,** Mr. Chambers respectfully requests that this Court enter judgment against GFR for:

a.  The greater of Mr. Chambers' statutory damages of $1,000 per violation and Mr. Chambers' actual damages, pursuant to 15 U.S.C. § 1681n(a)(1)(A), or alternatively, Mr. Chambers' actual damages pursuant to 15 U.S.C. §1681o(a)(1);

b.  Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

c.  Reasonable costs and attorneys' fees pursuant to pursuant to 15 U.S.C. §1681n(a)(3) and / or 15 U.S.C. § 1681o(a)(2); and,

d.  Such other relief that this Court deems just and proper.

## COUNT III
### VIOLATIONS OF THE FCRA 15 U.S.C. § 1681i(a)(1)(A)
### EQUIFAX ONLY

92.     Mr. Chambers adopts and incorporates paragraphs 1 – 80as if fully restated herein.

93.     Equifax violated 15 U.S.C. § 1681i(a)(1)(A) when it failed to make a reasonable reinvestigation into a dispute from Mr. Chambers, since any reasonable investigation would not have inserted information automatically without it being reported by the data furnisher, and would not have concluded an account balance was both $0 but also "may have a balance due."

94.     Equifax's actions were willful and intentional, or in the alternative, were done with reckless disregard from Mr. Chambers' rights under the FCRA to investigate consumer disputes.

95.     Equifax is thus liable, pursuant to 15 U.S.C. § 1681n, for the greater of Mr. Chambers' actual damages and statutory damages of up to $1,000 for *each occurrence*, plus punitive damages, reasonable attorneys' fees and costs.

96.     Equifax's intentional conduct warrants an award of punitive damages.

97.     Alternatively, Equifax's actions were negligent, and Mr. Chambers is entitled to recover 15 U.S.C. § 1681o.

**WHEREFORE,** Mr. Chambers respectfully requests that this Court enter judgment against Defendants for:

a.     The greater of Mr. Chambers' statutory damages of $1,000 per violation and Mr. Chambers' actual damages, pursuant to 15 U.S.C. § 1681n(a)(1)(A), or alternatively, Mr. Chambers' actual damages pursuant to 15 U.S.C. §1681o(a)(1);

b.     Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

c.     Reasonable costs and attorneys' fees pursuant to pursuant to 15 U.S.C. §1681n(a)(3) and / or 15 U.S.C. § 1681o(a)(2); and,

d.     Such other relief that this Court deems just and proper.

## COUNT IV
## VIOLATIONS OF § 520.52, FLA. STAT. – GFR only

98.     Mr. Chambers adopts and incorporates paragraphs 1 – 80 as if fully stated herein.

99.     GFR violated **§ 520.52, Fla. Stat.,** when it purchased Mr. Chamber's retail installment contract from Val-U, thus acting as a Sales Finance Company, without maintaining the required license to do so.

100.     GFR's actions were willful, as GFR operated for years without the required license, and, on information and belief, were aware that they lacked a license but continued to operate as a Sales Finance Company regardless.

**WHEREFORE,** Mr. Chambers respectfully requests this Honorable Court enter judgment against GFR for:

a.     The amount of the finance charge assessed by GFR on Mr. Chamber's loan, pursuant to § 520.57, Fla. Stat.;

b.     All fees incurred by Mr. Chambers as a result of his delinquency on the loan, pursuant to § 520.57, Fla. Stat.;

c.     Reasonable costs and attorneys' fees, pursuant to § 520.57, Fla. Stat.; and,

d.     Such other relief that this Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Mr. Chambers hereby demands a jury trial on all issues so triable.

Respectfully submitted this December 14, 2023, by:

> **SERAPH LEGAL, P. A.**
>
> */s/ Christian E. Cok*
> Christian E. Cok, Esq.
> Florida Bar No.: 1032167
> CCok@SeraphLegal.com
> Tel: 813-567-1230 (ext. 307)
> *Lead Attorney for Plaintiff, Chazz Chambers*
>
> */s/ Bryan J. Geiger*
> Bryan J. Geiger, Esq.
> Florida Bar No.: 118103
> BGeiger@SeraphLegal.com
> 2124 W Kennedy Blvd., Suite A,
> Tampa, FL 33606
> Tel: 813-567-1230
> Fax: 855-500-0705
> *Attorney for Plaintiff, Chazz Chambers*

**EXHIBIT LIST**

A.    **Val-U's Sales Finance Company License**
B.    **Plaintiff's Credit Technology Tri-Merge Report – September 28, 2023 - Excerpt**
C.    **VINCHECK.info Valuation of 2012 Chevrolet Silverado**
D.    **Val-U and GFR's Entity Status SunBiz**
E.    **Plaintiff's Equifax Report – November 9, 2023 - Excerpt**



**EXHIBIT A**
**Val-U's Florida Sales Finance Company License**

# REALSYSTEM
## Regulatory Enforcement and Licensing

### Florida Office of Financial Regulation

Logon

**License Details:**

Press "Previous Record" to display the previous license.
Press "Next Record" to display the next license.
Press "Search Results" to return to the Search Results list.
Press "New Search Criteria" to do another search of this type.
Press "New Search" to start a new search.

**License Number: SF9901314**                                    Current Date: 11/21/2023 04:37 PM

| | |
|---|---|
| Name: | VAL-U CAR OF GAINESVILLE, INC. |
| Doing Business As: | EAST INDIAN FINANCIAL;VAL-U CAR.COM; GREATER FINANCIAL RESOURCES |
| License Type: | Sales Finance Company |
| License Status: | Current Active License |
| License Status Effective Date: | 01/03/2023 |
| Expiration Date: | 12/31/2024 |
| Original Date of Licensure: | 10/24/2014 |

**Addresses**

| | | |
|---|---|---|
| Business Main Address | Address | 3535 N. MAIN ST. |
| | | GAINESVILLE , FL |
| | | ALACHUA |
| | | 32609 |
| | | US |
| | | View on a map |
| | Phone Number: | 3523720399 |
| Mailing Address | Address | 3535 N. MAIN ST. |
| | | GAINESVILLE , FL |
| | | ALACHUA |
| | | 32609 |
| | | US |
| | | View on a map |

Previous Record    Next Record    Search Results    New Search Criteria    New Search    Print

© 2023 Tyler Technologies Version 2.11.8.85 (fldr 60)

**EXHIBIT B**
**Plaintiff's Credit Technology Tri-Merge Report – September 28, 2023 - Excerpts**



# EXHIBIT B
## Plaintiff's Credit Technology Tri-Merge Report – September 28, 2023 - Excerpts



| | | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 13 | 50 | 90+ | STATUS | SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CRA | ACCT TYPE | TERMS | | | | | | | |
| B | B | GREATERFINL RESOURCES 74238 | 09/23 | 09/20 03/21 | $17958 AUTO | $27384 42 - | $27384 | $0 | 0 | 0 | C | VOL SUR IF | |

VOLUNTARY SURRENDER; THERE MAY BE A BALANCE DUE; CHARGED OFF ACCOUNT, ACCOUNT CHARGED OFF ON 03/27/2021, VERIFIED BY MARVIN AT 833-793-4705

| | 03/23 | 07/22 | 06/23 | 05/23 | 04/23 | 03/23 | 02/23 | 01/23 | 12/22 | 11/22 | 10/22 | 05/22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tranded | | | | | | | | | | | | |
| Scheduled ($) | | | | | | | | | | | | |
| Actual ($) | 1065 | | | 1065 | | | | 1065 | | | | 1065 |
| Balance ($) | 16698 | | | 16698 | | | | -16698 | | | | 15198 |

**EXHIBIT C**
**VINCHECK.info Valuation of 2012 Chevrolet Silverado**

11/12/23, 10:22 AM                    Free VIN Check Reports and VIN Check - Report Summary

✅ VINCheck.info ⓘ                                                    ≡

Report Summary

Chilewich Basketweave Pino...

$1,400

✅ VIN Check Report: 2012 Chevrolet Silverado 1500        ↗ Next Report Page (check/market-listing.php)

Vehicle Identification Number:

1GCRCSEA8CZ102349

Report Date:

2023-11-12

| | |
|---|---|
| ✅ | Theft Records Found: None |
| ⊕ | Accident Records Found: 1 Record |
| ✅ | Salvage Auction Records Found: None |
| ✅ | Sales Records Found: None |
| ✅ | Official NMVTIS Data: Records Found |
| ☼ | Vehicle Age: 11 year(s). |
| ⟳ | Made In: United States |
| ⊟ | Body Style: Extended Cab Long Box 2WD |

https://vincheck.info/check/report-summary.php?vin=1GCRCSEA8CZ102349          1/6

**Page 20 of 37**

## EXHIBIT C
## VINCHECK.info Valuation of 2012 Chevrolet Silverado



## EXHIBIT C
## VINCHECK.info Valuation of 2012 Chevrolet Silverado



## EXHIBIT C
## VINCHECK.info Valuation of 2012 Chevrolet Silverado



**EXHIBIT C**
**VINCHECK.info Valuation of 2012 Chevrolet Silverado**

11/12/23, 10:22 AM                                    Free VIN Check Reports and VIN Check - Report Summary

| | |
|---|---|
| Date : | Equipment Details |
| Reporting Entity : | ✅ 5 Record(s) Found |
| Details : | Click To View (check/equipment-details.php) |
| Date : | Fuel Efficiency |
| Reporting Entity : | ✅ 1 Record(s) Found |
| Details : | Click To View (check/fuel-efficiency.php) |
| Date : | Safety Rating |
| Reporting Entity : | ✅ 2 Record(s) Found |
| Details : | Click To View (check/safety-rating.php) |
| Date : | Inspection Checklist |
| Reporting Entity : | ✅ 11 Record(s) Found |
| Details : | Click To View (check/inspection-checklist.php) |
| Date : | Recalls & Defects |
| Reporting Entity : | ✅ 2 Record(s) Found |
| Details : | Click To View (check/recalls-defects.php) |
| Date : | Current Warranty |
| Reporting Entity : | ✅ 3 Record(s) Found |
| Details : | Click To View (check/warranty.php) |

Continue To Next Report Page ❯

▷ ×

☑ VINCheck.info

(index.php)

https://vincheck.info/check/report-summary.php?vin=1GCRCSEA8CZ102349                              5/6

**EXHIBIT C**
**VINCHECK.info Valuation of 2012 Chevrolet Silverado**

© Copyright 2023. All Rights Reserved.

Free VIN Decoder (free-vin-decoder)   | Free License Plate Lookup (license-plate-lookup.php)   | Free Car Owner's Manuals (/car-manuals)
| Questions and Answers (/ask)   | VIN Check By Make (vin-check/vin-check-by-make/)   | VIN Check By State (vin-check/vin-check-by-state/)
| Contact (contact-us.php)   | Terms & Conditions (terms-and-conditions.php)   | Privacy Policy (privacy-policy.php)

Follow Us



(https://twit.facebook.com/VINCheck.info/company/vincheck.info)

## EXHIBIT D
## Val-U and GFR's SunBiz Entity Status

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Search by Entity Name /

### Detail by Entity Name

Florida Limited Liability Company
GREATER FINANCIAL RESOURCES, LLC

Filing Information

| | |
|---|---|
| Document Number | L05000103211 |
| FEI/EIN Number | 59-3283997 |
| Date Filed | 10/19/2005 |
| State | FL |
| Status | ACTIVE |

Principal Address
3535 N MAIN STREET
GAINESVILLE, FL 32609

Changed: 05/03/2010

Mailing Address
PO BOX 5944
GAINESVILLE, FL 32627

Changed: 01/28/2013

Registered Agent Name & Address

FUTCH, PAUL
3535 MAIN ST.
GAINESVILLE, FL 32609

Name Changed: 01/20/2016

Address Changed: 03/23/2012

Authorized Person(s) Detail

Name & Address

Title MGRM

Futch, Paul
PO BOX 5944
GAINESVILLE, FL 32627

Annual Reports

**EXHIBIT D**
**Val-U and GFR's SunBiz Entity Status**

11/20/23, 2:49 PM                                                          Detail by Entity Name

| Report Year | Filed Date |
|---|---|
| 2021 | 04/20/2021 |
| 2022 | 04/11/2022 |
| 2023 | 03/27/2023 |

**Document Images**

| | |
|---|---|
| 03/27/2023 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2021 -- ANNUAL REPORT | View image in PDF format |
| 05/29/2020 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2017 -- ANNUAL REPORT | View image in PDF format |
| 01/20/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/26/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/28/2013 -- ANNUAL REPORT | View image in PDF format |
| 03/23/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2011 -- ANNUAL REPORT | View image in PDF format |
| 05/03/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/17/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2007 -- ANNUAL REPORT | View image in PDF format |
| 05/02/2006 -- ANNUAL REPORT | View image in PDF format |
| 10/19/2005 -- Fcrnla Limited Liability | View image in PDF format |

**EXHIBIT D**
**Val-U and GFR's SunBiz Entity Status**



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Florida Profit Corporation
VAL-U CAR OF GAINESVILLE, INC.

Filing Information

| | |
|---|---|
| Document Number | P00000008219 |
| FEI/EIN Number | 59-3646560 |
| Date Filed | 01/18/2000 |
| State | FL |
| Status | ACTIVE |
| Last Event | CORPORATE MERGER |
| Event Date Filed | 02/19/2003 |
| Event Effective Date | NONE |

Principal Address

3535 N MAIN STREET
GAINESVILLE, FL 32609

Changed: 04/12/2011

Mailing Address

PO BOX 5546
GAINESVILLE, FL 32627

Changed: 08/22/2017

Registered Agent Name & Address

FUTCH, PAUL
3535 N MAIN STREET
GAINESVILLE, FL 32609

Name Changed: 02/20/2012

Address Changed: 04/12/2011

Officer/Director Detail

Name & Address

Title President, Secretary, Director

# EXHIBIT D
## Val-U and GFR's SunBiz Entity Status

11/20/23, 2:50 PM                                              Detail by Entity Name

FUTCH, PAUL
3535 N MAIN STREET
GAINESVILLE, FL 32809

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2021 | 04/20/2021 |
| 2022 | 04/11/2022 |
| 2023 | 03/27/2023 |

**Document Images**

| | |
|---|---|
| 03/27/2023 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2021 -- ANNUAL REPORT | View image in PDF format |
| 09/20/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/01/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2017 -- ANNUAL REPORT | View image in PDF format |
| 05/12/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2015 -- ANNUAL REPORT | View image in PDF format |
| 07/17/2014 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 02/26/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/20/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2011 -- ANNUAL REPORT | View image in PDF format |
| 03/29/2010 -- ANNUAL REPORT | View image in PDF format |
| 02/19/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/17/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2007 -- ANNUAL REPORT | View image in PDF format |
| 05/02/2006 -- ANNUAL REPORT | View image in PDF format |
| 07/18/2005 -- ANNUAL REPORT | View image in PDF format |
| 05/04/2004 -- ANNUAL REPORT | View image in PDF format |
| 02/19/2003 -- Merger | View image in PDF format |
| 02/19/2003 -- Merger | View image in PDF format |
| 02/19/2003 -- Merger | View image in PDF format |
| 02/13/2003 -- ANNUAL REPORT | View image in PDF format |
| 05/07/2002 -- ANNUAL REPORT | View image in PDF format |
| 03/02/2001 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2000 -- Domestic Profit | View image in PDF format |

**EXHIBIT E**
**PLAINTIFF'S EQUIFAX REPORT – EXCERPT – NOVEMBER 9, 2023**

**EQUIFAX**

CREDIT FILE.: November 09, 2023`

Confirmation # 3286516299

Dear CHAMBERS CHAZZ:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete.  Here are a few things to know about the process:

'Were changes made to my credit report and what actions were taken?'

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so.  Otherwise, we contacted the company reporting the information to Equifax for them to 'investigate' your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;
- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and
- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words to your credit report.  If you provide a consumer statement that contains medical information related to

(Continued On Next Page)
000000049-DISC

Page 1 of 22

3286516299-EMB-0ca33104000C0200-11092023

P.O. Box 105518
Atlanta, GA 30348

000000049 -DISC
CHAMBERS CHAZZ
182 SW SWEETGUM GLN
LAKE CITY, FL 32024-4094

**EXHIBIT E**
**PLAINTIFF'S EQUIFAX REPORT – EXCERPT – NOVEMBER 9, 2023**



services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.
- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://equifax.com/personal/disputes.  You may also mail your documents to P.O. Box 740256, Atlanta, GA 30374-0256 or contact us by calling us at (888) EQUIFAX, (888) 378-4329.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information:

(Continued On Next Page)
003000049-DISC

Page 2 of 22

3286515299-EMB-0ca301040000020b-11092023

**Page 31 of 37**

# EXHIBIT E
## PLAINTIFF'S EQUIFAX REPORT – EXCERPT – NOVEMBER 9, 2023

**What else should I know?**

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states "Deleted", we have removed it from your credit report and taken steps so it does not reappear.
- If an item states "Verified as Reported", the reporting company has certified it is reporting accurately.
- If an item states "Updated", we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer information verified: Account information updated: **Information on your report has been updated.**

| *The Results of Our Reinvestigation* | | |
|---|---|---|
| *Credit Account Information* *(For your security, the last 4 digits of account number(s) have been replaced by *) (this section includes open and closed accounts reported by credit grantors)* | | |
| *Account History Status Code Descriptions* | 1 : 30-59 Days Past Due<br>2 : 80-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |

>>> *We have researched the credit account. Account # - *4238 The results are:* THIS ITEM HAS BEEN UPDATED TO REPORT AS PAID IN FULL. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *BALANCE *PAST DUE *HISTORICAL ACCOUNT INFORMATION. If you have additional questions about this item please contact: *GREATER Fi; PO Box 5944, Gainesville, FL 32627-5944 Phone: (352) 374-8355*

(Continued On Next Page)
000000049-DISC

3266516299-EMB-0ca301040000020b-11092023

**EXHIBIT E**
**PLAINTIFF'S EQUIFAX REPORT – EXCERPT – NOVEMBER 9, 2023**

**GREATER FINANCIAL RESOURCES**   PO Box 5944 Gainesville FL 326275944 - 3523746439

| Account Number | | Date Opened | High Credit | | Credit Limit | | Term Duration | Terms Frequency | | Months Rev'd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *4238 | | 09/05/2020 | $17,959 | | | | 42 Months | Weekly | | 32 | | | |

| Date of Last Payment Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Major Del 1st Rptd | Charge Off Amount | Deferred Pmt Start Date | Balloon Pay Amount | Balloon Pay Date | Loan Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/09/2023 | $0 | $0 | 03/2021 | - $1,065 | | | 03/2021 | | 05/2021 | | | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Charge Off | Installment | Auto | Individual Account | | |

ADDITIONAL INFORMATION:
*A Temporary Update Freeze On File*

*Voluntary Surrender; There may be a Balance due*

*Charged Off Account*

| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 10/23 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | |
| 09/23 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | |
| 08/23 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | |
| 07/23 | No Data Available | | | | | | | | |
| 06/23 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | |
| 05/23 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | |
| 04/23 | No Data Available | | | | | | | | |
| 03/23 | No Data Available | | | | | | | | |
| 02/23 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | |
| 01/23 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | |
| 12/22 | No Data Available | | | | | | | | |
| 11/22 | No Data Available | | | | | | | | |
| 10/22 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | |

(Continued On Next Page)
000000049-DISC

Page 4 of 22

3286516289-EMB-0ca30104000{020b-11092023

**EXHIBIT E**
**PLAINTIFF'S EQUIFAX REPORT – EXCERPT – NOVEMBER 9, 2023**

| Historical Account Information | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/22 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | | |
| 08/22 | No Data Available | | | | | | | | | |
| 07/22 | No Data Available | | | | | | | | | |
| 06/22 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | | |
| 05/22 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | | |
| 04/22 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | | |
| 03/22 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | | |
| 02/22 | No Data Available | | | | | | | | | |
| 01/22 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | | |
| 12/21 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | | |

(Continued On Next Page)
000000049-DISC

Page 5 of 22

3266516293-EMB-0ca00104000{0205-11092023

UNOFFICIAL DOCUMENT

**Page 34 of 37**

**EXHIBIT E**
**PLAINTIFF'S EQUIFAX REPORT – EXCERPT – NOVEMBER 9, 2023**

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly. You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.equifax.com/personal/disputes.

Thank you for giving Equifax the opportunity to serve you.

*Notice to Consumers*
You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

(Continued On Next Page)
000000049-DISC

Page 6 of 22

3286516299-EMB-0ca00104000C0206-11092023

UNOFFICIAL DOCUMENT

**EXHIBIT E**
**PLAINTIFF'S EQUIFAX REPORT – EXCERPT – NOVEMBER 9, 2023**



**EQUIFAX**

**CREDIT FILE : November 09, 2023**

*Confirmation # 3286516299*

Personal Identification Information: (This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)

Name On File:     CHAZZ JAVON CHAMBERS

Please address all future correspondence to:
www.equifax.com/personal/disputes

Equifax Information Services LLC
P.O. Box 105518
Atlanta, GA 30348

Phone: (888) EQUIFAX (888) 378-4329
M.-F 9:00am. to 5:00pm in your time zone.

**Credit Account Information**
(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors.)

**Account Column Title Descriptions:**

| | | | |
|---|---|---|---|
| Account Number - | The Account number reported by credit grantor. | Amount Past Due - | The Amount Past Due as of the Date Reported |
| Date Acct. Opened - | The Date that the credit grantor opened the account. | Date of Last Payment - | The Date of Last Payment |
| | | Actual Pay Amt - | The Actual Amount of Last Payment |
| High Credit - | The Highest Amount Charged | Sched Pay Amt - | The Requested Amount of Last Payment |
| Credit Limit - | The Highest Amount Permitted | Date of 1st Delinquency - | The Date of First Delinquency |
| Terms Duration - | The Number of Installments or Payments | Date of Last Activity - | The Date of the Last Account Activity |
| Terms Frequency - | The Scheduled Time Between Payments | Date Maj Delq Rptd - | The Date the 1st Major Delinquency Was Reported |
| Months Reviewed - | The Number of Months Reviewed. | | |
| Activity Designator - | The Most Recent Account Activity | Charge Off Amt - | The Amount Charged Off by Creditor |
| Creditor Class - | The Type of Company Reporting The Account | Deferred Pay Date - | The 1st Payment Due Date for Deferred Loans |
| Date Reported - | Date of Last Reported Update | Balloon Pay Amt - | The Amount of Final(Balloon) Payment |
| Balance Amount - | The Total Amount Owed as of the Date Reported | Balloon Pay Date - | The Date of Final(Balloon) Payment |
| Status - | Condition of Account When Last Updated by Creditor or Otherwise | Date Closed - | The Date the Account was Closed |

| | | | |
|---|---|---|---|
| **Account History Status Code Descriptions** | 1 : 30-59 Days Past Due. | 5 : 150-179 Days Past Due | J: Voluntary Surrender |
| | 2 : 60-89 Days Past Due. | 6 : 180 or More Days Past Due | K: Repossession |
| | 3 : 90-119 Days Past Due | G: Collection Account | L: Charge Off |
| | 4 : 120-149 Days Past Due | H: Foreclosure | |

**GREATER FINANCIAL RESOURCES:** PO Box 5944 Gainesville FL 326275944 ; 3523748355

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Rev'd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *4238 | 09/05/2020 | $17,958. | | 42 Months | Weekly | 32 | | |

(Continued On Next Page)
000000049-DISC

Page 7 of 22

3286516299-EMB-0ca00104000000200-11092023

**EXHIBIT E**
**PLAINTIFF'S EQUIFAX REPORT – EXCERPT – NOVEMBER 9, 2023**

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/09/2023 | $0 | $0 | 03/2021 | $1,065 | | | 03/2021 | 05/2021 | | | | | |

Status - Charge Off; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - A Temporary Update Freeze On File; Voluntary Surrender; There may be a Balance due; Charged Off Account;

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/23 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | | |
| 09/23 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | | |
| 08/23 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | | |
| 07/23 | No Data Available | | | | | | | | | |
| 06/23 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | | |
| 05/23 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | | |
| 04/23 | No Data Available | | | | | | | | | |
| 03/23 | No Data Available | | | | | | | | | |
| 02/23 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | | |
| 01/23 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | | |
| 12/22 | No Data Available | | | | | | | | | |
| 11/22 | No Data Available | | | | | | | | | |
| 10/22 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | | |
| 09/22 | $16,698 | | $1,065 | 03/01/2021 | $17,958 | | $761 | Auto | | |
| 08/22 | No Data Available | | | | | | | | | |
| 07/22 | No Data Available | | | | | | | | | |

(Continued On Next Page)
000000049-DISC

3298516299-EMB-0ca30104D000020b-11092023

UNOFFICIAL DOCUMENT