UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CHAZZ CHAMBERS,**

    Plaintiff,

Case No.: 3:24-cv-00022

v.

**EQUIFAX INFORMATION SERVICES LLC,
GREATER FINANCIAL RESOURCES, LLC, AND
VAL-U CAR OF GAINESVILLE, INC.,**

    Defendants.

_____/

## NOTICE OF APPEARANCE

To: The Clerk of the Court and all parties of record

    I appear in this case as counsel for VAL-U CAR OF GAINESVILLE, INC. I am admitted to practice in this Court.

    Signed and filed using the CM/ECF system on this 26th day of January 2024.

                                                                 /s/ Jeffrey R. Dollinger
                                                       Jeffrey R. Dollinger, Esquire
                                                       Florida Bar #650218
                                                       Scruggs, Carmichael, & Wershow, P.A.
                                                       4923 NW 43rd Street
                                                       Gainesville, FL 32606
                                                       Telephone: (352) 376-5242
                                                       Facsimile: (352) 375-0690
                                                       dollinger@scwlegal.org
                                                       jrdla@scwlegal.org
                                                       Counsel for Val-U Car of Gainesville, Inc.