# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CHAZZ CHAMBERS,

    Plaintiff,

                                        Case Number: 3:24-CV-00022-HES-MCR

    v.

EQUIFAX INFORMATION
SERVICES, LLC, GREATER FINANCIAL
RESOURCES, LLC, *and* VAL-U CAR
OF GAINESVILLE, INC.

    Defendants.

_____/

## NOTICE OF SETTLEMENT AS TO GREATER FINANCIAL RESOURCES, LLC AND VAL-U CAR OF GAINESVILLE, INC.

    COMES NOW, the Plaintiff, pursuant to Local Rule 3.09, and hereby files this Notice of Settlement as to Defendants Greater Financial Resources, LLC, *and* Val-U Car of Gainesville, Inc only.

    Dated February 14, 2024,

                                              */s/ Christian E. Cok*
                                              Christian E. Cok, Esq.
                                              Florida Bar No. 1032167
                                              Tel: 813-321-2349
                                              CCok@Seraphlegal.com

                                              */s/Thomas M. Bonan*
                                              Thomas M. Bonan
                                              FL Bar # 118103
                                              Tel: 813-321-2347
                                              tbonan@seraphlegal.com
                                              SERAPH LEGAL, P. A.
                                              2124 W. Kennedy Blvd. Suite A
                                              Fax: 855-500-0705
                                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendant, via e-notice, email or US Postal mail.

                                              */s/ Christian E. Cok*
                                              Christian E. Cok, Esq.
                                              Florida Bar Number: 1032167