UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHAZZ CHAMBERS,

    Plaintiff,

Case Number: 3:24-CV-00022-HES-MCR

    v.

EQUIFAX INFORMATION
SERVICES, LLC, GREATER FINANCIAL
RESOURCES, LLC, *and* VAL-U CAR
OF GAINESVILLE, INC.

    Defendants.
_____/

### STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Chazz Chambers and Defendants, Greater Financial Resources, LLC and Val-U Car of Gainesville, Inc., by and through their undersigned counsel, stipulate to dismiss Greater Financial Resources, LLC and Val-U Car of Gainesville, Inc. only from this action, with prejudice, with each party to bear their own attorneys' fees and costs.

Dated March 14, 2024.

| | |
|---|---|
| */s/ Christian E. Cok* | */s/ Jeffrey Dollinger* |
| Christian E. Cok, Esq. | Jeffrey R. Dollinger, Esq. |
| Florida Bar Number: 1032167 | Florida Bar No. 650218 |
| Seraph Legal, P. A. | Scruggs, Carmichael, & Wershow, P.A. |
| 2124 W Kennedy Blvd., Suite A | 4923 NW 43rd Street |
| Tampa, FL 33606 | Gainesville, FL 32606 |
| (813) 321-2349 | Telephone: (352) 376-5242 |

CCok@SeraphLegal.com
*Counsel for Plaintiff*

Email: dollinger@scwlegal.org
*Counsel for Val-U Car of Gainesville, Inc.
and Greater Financial Resources, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to all parties.

*/s/ Christian E. Cok*
Christian E. Cok, Esq.
Florida Bar Number: 1032167