UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHAZZ CHAMBERS,

    Plaintiff,

v.                              Case No. 3:24-cv-0022-HES-MCR

EQUIFAX INFORMATION
SERVICES, LLC, GREATER FINANCIAL,
RESOURCES, LLC, and VAL-U CAR
OF GAINESVILLE, INC.,

    Defendants.
_____/

## ORDER

This matter is before this Court on the "Stipulation for Dismissal of Defendant Greater Financial Resources, LLC and Val-U Car of Gainesville, Inc., with Prejudice" (Dkt. 27).

Accordingly, it is **ORDERED**:

1. The "Stipulation for Dismissal of Defendant Greater Financial Resources, LLC and Val-U Car of Gainesville, Inc., with Prejudice" (Dkt. 27) is **GRANTED**, and, pursuant to Fed. R. Civ. P. 41, this action is **dismissed with prejudice** as to Defendant Greater Financial Resources, LLC and Val-U Car of Gainesville, Inc., with each party to bear their own costs and attorneys' fees.

DONE AND ENTERED at Jacksonville, Florida, this 20 day of March 2024.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Christian Earl Cok, Esq.
Bryan James Geiger, Esq.
Jason Daniel Joffe, Esq.
Jeffrey Ross Dollinger, Esq.