# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CHAZZ CHAMBERS,

    Plaintiff,

                              Case Number: 3:24-CV-00022-HES-MCR

    v.

EQUIFAX INFORMATION
SERVICES, LLC, GREATER FINANCIAL
RESOURCES, LLC, *and* VAL-U CAR
OF GAINESVILLE, INC.

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    COMES NOW, the Plaintiff, pursuant to Local Rule 3.09(a), and hereby files this Notice of Settlement as to Equifax Information Services, LLC only.

Dated May 28, 2024,

                                      */s/ Christian E. Cok*
                                      Christian E. Cok, Esq.
                                      Florida Bar No. 1032167
                                      Tel: 813-321-2349
                                      CCok@Seraphlegal.com

                                      */s/ Thomas M. Bonan*
                                      Thomas M. Bonan
                                      FL Bar # 118103
                                      Tel: 813-321-2347
                                      tbonan@seraphlegal.com
                                      SERAPH LEGAL, P. A.
                                      2124 W. Kennedy Blvd. Suite A
                                      Fax: 855-500-0705
                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 28, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendant, via e-notice, email or US Postal mail.

*/s/Christian E. Cok*
Christian E. Cok, Esq.
Florida Bar Number: 1032167
