UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHAZZ CHAMBERS,

    Plaintiff,

                                                            Case Number: 3:24-CV-00022-HES-MCR

    v.

EQUIFAX INFORMATION
SERVICES, LLC, GREATER FINANCIAL
RESOURCES, LLC, *and* VAL-U CAR
OF GAINESVILLE, INC.

    Defendants.
_____/

## STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Chazz Chambers and Defendant, Equifax Information Services, LLC, by and through their undersigned counsel, stipulate to dismiss Equifax Information Services, LLC only from this action, with prejudice, with each party to bear their own attorneys' fees and costs.

Dated July 18, 2024.

/s/ *Christian E. Cok*
Christian E. Cok, Esq.
Florida Bar Number: 1032167
Seraph Legal, P. A.
2124 W Kennedy Blvd., Suite A
Tampa, FL 33606
(813) 321-2349
CCok@SeraphLegal.com
*Counsel for Plaintiff*

/s/ *Jason D. Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: jason.joffe@squirepb.com
*Counsel for Defendant Equifax Information Services LLC.*

        */s/Jeffrey R. Dollinger*
Jeffrey R. Dollinger, Esq.
Florida Bar No. 650218
Scruggs, Carmichael, & Wershow, P.A.
4923 NW 43rd Street
Gainesville, FL 32606
Telephone: (352) 376-5242
Email: dollinger@scwlegal.org
*Counsel for Val-U Car of Gainesville, Inc. and Greater Financial Resources, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to all parties.

        */s/ Christian E. Cok*
Christian E. Cok, Esq.
Florida Bar Number: 1032167