UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CHAZZ CHAMBERS,**

    Plaintiff,

v.                                     CASE NO. 3:24-cv-22-HES-MCR

**EQUIFAX INFORMATION
SERVICES, LLC, GREATER FINANCIAL
RESOURCES, LLC, and VAL-U CAR
OF GAINESVILLE, INC,**

    Defendants.
_____/

## ORDER

This matter is before this Court on a "Stipulation for Dismissal of Defendant Equifax Information Services, LLC with Prejudice" (Dkt. 35).

Accordingly, it is **ORDERED**:

1. Based on Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the "Stipulation for Dismissal of Defendant Equifax Information Services, LLC with Prejudice" (Dkt. 35) is **GRANTED**, and this action is **dismissed with prejudice** as to Defendant Equifax Information Services, LLC, with each party to bear their own attorneys' fees and costs; and

2. Now that all defendants have been dismissed from this action, the Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of July 2024.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Christian Earl Cok, Esq.
Jason Daniel Joffe, Esq.
Jeffrey Ross Dollinger, Esq.